COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 7-19-23

FILED
U.S. District Court
District of Kansas
JUL 19 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
    Plaintiff,
v.
Chad Dustin Suenram,
    Defendant.

Case No. 23-m-6168-01-KGG
Age: 43

JUDGE: ☐ Birzer ☒ Gale
DEPUTY CLERK: ☐ Anderson ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Aaron Smith
DEFENSE COUNSEL: Michael Studtmann
TAPE NO.: 1:41 - 1:56
Retained

## PROCEEDINGS

- ☐ Initial Appearance
- ☒ Initial Rule 5(c)(3)  15 min
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☐ Arraignment    ☐ Reading waived
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☐ Pretrial Conference
- ☐ Not Guilty Plea Entered

- ☒ Complaint  ☐ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 4  ☐ Forfeiture
- ☐ Felony  ☒ Misdemeanor  ☐ Pet. Revoke Bond
- ☒ Charges/Viols. and penalties explained to Defendant
- ☒ Constitutional rights explained
- ☒ Defendant affirmation/sworn  ☐ Examined re: financial status  ☐ Counsel appointed
- ☒ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☒ Advised of rights under Rule  ☒ 20  ☒ 5(c)(3)  ☐ Transfer to: _____
- ☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

- ☒ Release ordered  ☒ Bond fixed at: $ 5,000 Unsec.  ☐ Continued on present bond/conditions
- ☐ Oral Mot. for Detention  ☐ Detention ordered  ☐ Remanded to custody
- ☐ Temporary Detention ordered

- ☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and **granted** the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
- ☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☒ as directed before Judge *in charging District on 8-1-23 via Zoom.*
☐ per the Scheduling Order of Judge _____
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
In Courtroom _____ or Via ZoomGov _____
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐

NOTES: Government not seeking Detention. Prelim. hearing 8-2-23 @ 1:30 pm before Judge Birzer. Speedy trial clock stopped 7-19-23 - 8-1-23.